S. Bical Invoice No.'s 50001-50010

# STUART H. FINKELSTEIN ESQ.
## *Attorney and Counselor at Law*
(Taxpayer ID. No. 13-4986540)

**From:**

Stuart Finkelstein Esq.
338 Jericho Turnpike
Syosset, NY 11791
(718) 261-4900
sf@finkelsteinlawgroup.com

**Billed To:**

Mr. Lilaahar ("Sammy") Bical
Bical Auto Mall
2859 Flatbush Avenue
Brooklyn, NY 11234
*Due Upon Receipt ~ FINAL ATTEMPT*

| Dates of Issue | |
|---|---|
| First | April 15, 2021 |
| Second | September 15, 2021 |
| Third | April 15, 2022 |
| Fourth | September 15, 2022 |
| Fifth (final) | December 30, 2022 |

## <u>INVOICE SUMMARY</u>

For All Professional Services Rendered through February 2021:

| | |
|---|---|
| Total Fees: | $303,825.00 |
| Total Disbursements: | $3,155.98 |
| THIS INVOICE TOTAL | $306,980.98 |

| | |
|---|---|
| Previous Balance Due: | $306,980.98 |
| **<u>TOTAL BALANCE DUE</u>:** | **$306,980.98** |

Payment may be made by check to Stuart Finkelstein Esq. mailed to the above address.

# STUART H. FINKELSTEIN ESQ.

*Attorney at Law*

(Taxpayer ID. No. 13-4986540)

---

**From:**

Stuart Finkelstein Esq.

338 Jericho Turnpike

Syosset, NY 11791

(718) 261-4900

sf@finkelsteinlawgroup.com

**Billed To:**

Mr. Lilaahar ("Sammy") Bical

Bical Auto Mall

2859 Flatbush Avenue

Brooklyn, NY 11234

*Due Upon Receipt*

---

## INVOICE SUMMARY

| Matter | Invoice Number | Date of Issue |
|---|---|---|
| Bical v. RedCom | 50001 | November 15, 2018 |

For professional services rendered through September 30, 2018:

| | |
|---|---|
| Total Fees | $11,325.00 |
| Total Disbursements | $00.00. |
| **INVOICE TOTAL** | **$11,325.00** |

Payment may be made by check to Stuart Finkelstein Esq. mailed to the above address.

**FINKELSTEIN LAW GROUP, PLLC**
Attorneys and Counselors at Law
(Taxpayer I.D. No. 13-4986540)
Tel: (718) 261-4900


Mr. Lilaahar (Sammy) Bical c/o Kristal Auto Mall
2859 Flatbush Avenue
Brooklyn, New York 11234

For professional services rendered:
Wells Group and RedCom matter ("Wells")

| Date | Matter | Atty | Description | Time | Rate | Amount |
|------|--------|------|-------------|------|------|--------|
| 8.27.18 | Wells | SF | Initial meeting w/ S. Bical re: damaged and missing new office furniture | 0.8 | $750.00 | $600.00 |
| 8.28.18 | Wells | SF | Follow-up w/ S. Bical re: necessary documents to review | 0.4 | $750.00 | $300.00 |
| 8.28.18 | Wells | SF | Begin review of Redcom contracts and all other documentation, including emails, letters, proposal(s), purchase orders, cancelled checks and wire transfers | 6.7 | $750.00 | $5,025.00 |
| 9.12.18 | Wells | SF | Cont' Review of Wells Group file including all documentation, invoices, signed acceptance and releases, emails, letters, correspondence, work orders, purchase orders, cancelled checks, waivers, contract & wire transfers | 6.1 | $750.00 | $4,575.00 |
| 9.13.18 | Wells | SF | Telephone call w/ Sophie at Redcom | 0.6 | $750.00 | $450.00 |
| 9.14.18 | Wells | SF | Telephone call w/ S. Bical re: RedCom position | 0.5 | $750.00 | $375.00 |

**Total hours: 15.1**
**Total Due:  $11,325.00**

# STUART H. FINKELSTEIN ESQ.

*Attorney at Law*

(Taxpayer ID. No. 13-4986540)

---

**From:**

Stuart Finkelstein Esq.

338 Jericho Turnpike

Syosset, NY 11791

(718) 261-4900

sf@finkelsteinlawgroup.com

**Billed To:**

Mr. Lilaahar ("Sammy") Bical

Bical Auto Mall

2859 Flatbush Avenue

Brooklyn, NY 11234

*Due Upon Receipt*

---

## INVOICE SUMMARY

| Matter | Invoice Number | Date of Issue |
|---|---|---|
| Verdugos & United Rentals v. Bical | 50002 | December 15, 2018 |

For professional services rendered through November 30, 2018:

| | |
|---|---|
| Total Fees | $14,025.00 |
| Total Disbursements | $00.00. |
| **INVOICE TOTAL** | **$14,025.00** |

Payment may be made by check to Stuart Finkelstein Esq. mailed to the above address.

## FINKELSTEIN LAW GROUP, PLLC
Attorneys and Counselors at Law
(Taxpayer I.D. No. 13-4986540)
Tel: (718) 261-4900

Mr. Lilaahar (Sammy) Bical c/o Kristal Auto Mall
2859 Flatbush Avenue
Brooklyn, New York 11234

For professional services rendered:
Verdugos General Contractors and
United Rentals (North America) ("Verd")

| Date | Matter | Atty | Description | Time | Rate | Amount |
|------|--------|------|-------------|------|------|--------|
| 11.14.18 | Verdugos | SF | Initial meeting w/ S. Bical re: multiple liens on property at 2859 Flatbush Avenue arising from construction of the traffic control device by the dealership | 0.7 | $750.00 | $525.00 |
| 11.15.18 | Verdugos | SF | Review of all records and documents provided by S. Bical and synthesizing before follow-up meeting w/ S. Bical | 5.0 | $750.00 | $3,750.00 |
| 11.16.18 | Verdugos | SF | Appeared at the County Clerk's office Kings County to investigate by Lien book search and court files; review and annotate available documents | 7.2 | $750.00 | $5,625.00 |
| 11.19.18 | Verdugos | SF | Reviewed documents and pleadings by attorneys having filed liens and debts | 0.5 | $750.00 | $375.00 |
| 11.20.18 | Verdugos | SF | Telephone call w/ attorney for Verdugos lienholder | 0.6 | $750.00 | $450.00 |
| 11.20.18 | Verdugos | SF | Telephone call w/ attorney for United Rentals lienholder | 0.7 | $750.00 | $525.00 |
| 11.21.18 | Verdugos | SF | Review and analysis of case law and filing procedures for placement of contractors' lien on Sammy's property | 3.2 | $750.00 | $2,400.00 |
| 11.22.18 | Verdugos | SF | Telephone call w/ S. Bical; discussed relevant law and options going forward | 0.8 | $750.00 | $600.00 |

**Total hours: 18.7**
**Total Due:  $14,025.00**

# STUART H. FINKELSTEIN ESQ.

*Attorney at Law*

(Taxpayer ID. No. 13-4986540)

---

**From:**

Stuart Finkelstein Esq.

338 Jericho Turnpike

Syosset, NY 11791

(718) 261-4900

sf@finkelsteinlawgroup.com

**Billed To:**

Mr. Lilaahar ("Sammy") Bical

Bical Auto Mall

2859 Flatbush Avenue

Brooklyn, NY 11234

*Due Upon Receipt*

---

## INVOICE SUMMARY

| Matter | Invoice Number | Date of Issue |
|---|---|---|
| Bical vs. Airtemp Mechanical Services | 50003 | January 15, 2019 |

For professional services rendered through December 31, 2018:

| | |
|---|---|
| Total Fees | $15,675.00 |
| Total Disbursements | $00.00 |
| **INVOICE TOTAL** | **$15,675.00** |

Payment may be made by check to Stuart Finkelstein Esq. mailed to the above address.

## FINKELSTEIN LAW GROUP, PLLC
Attorneys and Counselors at Law
(Taxpayer I.D. No. 13-4986540)
Tel: (718) 261-4900

Mr. Lilaahar (Sammy) Bical c/o Kristal Auto Mall
2859 Flatbush Avenue
Brooklyn, New York 11234

For professional services rendered:
Airtemp Mechanical Services LLC, and Nationwide Insurance Co.
Matter: *Bical vs. Airtemp Mechanical Services LLC* ("AIRTEMP")

| Date | Matter | Atty | Description | Time | Rate | Amount |
|------|--------|------|-------------|------|------|--------|
| 11.7.18 | AIRTEMP | SF | Meeting w/ S. Bical re: obtaining money compensation due to collapsing ceiling and subsequent damage to stored vehicles; also surveyed storage area; took notes & received docs | 1.4 | $750.00 | $1,050.00 |
| 11.8.18 | AIRTEMP | SF | Reviewed and annotated correspondence from Nationwide Insurance Co. | 1.0 | $750.00 | $750.00 |
| 11.9.18 | AIRTEMP | SF | Researched entity Airtemp Mechanical Services LLC | 0.8 | $750.00 | $600.00 |
| 11.9.18 | AIRTEMP | SF | Review additional correspondence from Nationwide Ins. Co. | 0.3 | $750.00 | $225.00 |
| 11.9.18 | AIRTEMP | SF | Telephone call w/ S. Bical re: recovering monies due to diminution of value to new cars | 0.5 | $750.00 | $375.00 |
| 11.10.18 | AIRTEMP | SF | Research statutes, cases and insurance regulations for claim of diminution; also researched cases submitted to S. Bical by the carrier to support denial of compensation | 4.3 | $750.00 | $3,225.00 |
| 11.18.18 | AIRTEMP | SF | Synthesize research and draft memo re: third party carriers' liability and review of policy for recovery of diminished value | 4.5 | $750.00 | $3,375.00 |
| 11.19.18 | AIRTEMP | SF | Telephone call w/ diminution specialist attorneys at Matthiesen, Wickert & Lehrer re: current situation and applicable law | 0.8 | $750.00 | $600.00 |
| 11.20.18 | AIRTEMP | SF | Follow-up telephone call w/ diminution specialist attorneys at Matthiesen, Wickert & Lehrer re: applicable coverage and compensation law | 0.6 | $750.00 | $450.00 |
| 11.20.18 | AIRTEMP | SF | Review and research defense counsel's arguments in correspondence supporting their position re: repairs alleviating company of diminution coverage | 2.7 | $750.00 | $2,025.00 |
| 11.21.18 | AIRTEMP | SF | Draft letter to Nationwide Ins. Co. | 0.9 | $750.00 | $675.00 |
| 11.22.19 | AIRTEMP | SF | Telephone call w/ S. Bical re: our positions in my letter | 0.5 | $750.00 | $375.00 |
| 12.17.18 | AIRTEMP | SF | Revise letter to Nationwide Ins. Co to be sent to adjuster B. Pleima; sent out letter | 0.7 | $750.00 | $525.00 |
| 12.18.18 | AIRTEMP | SF | Review email from S. Bical re: additional damaged vehicles and estimate of repairs; incorporate new damage into total | 0.6 | $750.00 | $450.00 |
| 12.18.18 | AIRTEMP | SF | Telephone call w/ S. Bical re: pros and cons of initiating lawsuit to recoup his losses in damaged vehicles | 0.8 | $750.00 | $600.00 |
| 12.19.18 | AIRTEMP | SF | Telephone call w/ Nationwide advising position of no-action | 0.5 | $750.00 | $375.00 |

**Total Hours: 20.9**
**Total Due: $15,675.00**

# STUART H. FINKELSTEIN ESQ.
## *Attorney at Law*
(Taxpayer ID. No. 13-4986540)

---

**From:**

Stuart Finkelstein Esq.
338 Jericho Turnpike
Syosset, NY 11791
(718) 261-4900
sf@finkelsteinlawgroup.com

**Billed To:**

Mr. Lilaahar ("Sammy") Bical
Bical Auto Mall
2859 Flatbush Avenue
Brooklyn, NY 11234
*Due Upon Receipt*

---

## INVOICE SUMMARY

| Matter | Invoice Number | Date of Issue |
|---|---|---|
| Bical v. Benenson | 50004 | February 15, 2019 |

For professional services rendered through January 31, 2019:

Total Fees                        $27,825.00
Total Disbursements          $00.00

**INVOICE TOTAL**          **$27,825.00**

Payment may be made by check to Stuart Finkelstein Esq. mailed to the above address.

**FINKELSTEIN LAW GROUP, PLLC**
Attorneys and Counselors at Law
(Taxpayer I.D. No. 13-4986540)
Tel: (718) 261-4900

Mr. Lilaahar (Sammy) Bical c/o Kristal Auto Mall
2859 Flatbush Avenue
Brooklyn, New York 11234

For professional services rendered:
Return of security monies at leasehold
5200 Kings Highway
Brooklyn, N.Y. (Security)
Caption: *S&S Cadillac Motors Corporation, et. al. v Benenson, OP Development, et. al.* Index No.: 3273/2018 ("Benenson")

| Date | Matter | Atty | Description | Time | Rate | Amount |
|------|--------|------|-------------|------|------|--------|
| 9.8.18 | Benenson | SF | Initial conversation w/ S. Bical re: new potential issue concerning security monies being held by former landlord of prior location at 5200 Kings Highway | 1.8 | $750.00 | $1,350 |
| 9.12.18 | Benenson | SF | Meeting w/ S. Bical re: return of security monies held by former landlord of prior dealership building (5200 Kings Highway), travel to and from client | 5.0 | 750.00 | $3,750.00 |
| 9.20.18 | Benenson | SF | Exchange emails w/ S. Bical requesting and receiving all relevant documentation | 0.4 | $750.00 | $300.00 |
| 9.22.18 | Benenson | SF | Begin review and annotation of lease and addendums | 3.5 | $750.00 | $2,625.00 |
| 9.23.18 | Benenson | SF | Cont. review of lease and addendums | 1.0 | $750.00 | 750.00 |
| 9.23.18 | Benenson | SF | Investigate S. Bical claim of withheld funds; correspond with relevant banks | 2.9 | $750.00 | $2,175.00 |
| 9.24.18 | Benenson | SF | Researched of all entities involved including business operations, business history, & litigation history | 4.0 | $750.00 | $3,000.00 |
| 10.21.18 | Benenson | SF | Telephone call w/ representative of OP Development re: potential dispute over security monies | 1.0 | $750.00 | $750.00 |
| 10.21.18 | Benenson | SF | Telephone call w/ S. Bical re: OP Development position that they would "investigate" and get back to me | 0.2 | $750.00 | $150.00 |
| 11.5.18 | Benenson | SF | Receive and review additional documents from S. Bical regarding potential defendant OP Development | 0.4 | $750.00 | $300.00 |
| 12.6.18 | Benenson | SF | Telephone call w/ S. Bical re: final deadline to hear from OP Development before filing suit | 0.3 | $750.00 | $225.00 |
| 12.8.18 | Benenson | SF | Begin drafting complaint introduction | 1.2 | $750.00 | $900.00 |
| 12.10.18 | Benenson | SF | Research and draft complaint first cause of action (Gen Ob Law 7-103, no co-mingling) | 2.2 | $750.00 | $1,650.00 |
| 12.10.18 | Benenson | SF | Research and draft complaint second cause of action (Gen Ob Law Real Prop Law 234, costs) | 2.0 | $750.00 | $1,500.00 |
| 12.11.18 | Benenson | SF | Research and draft conclusion re: relief requested | 0.7 | $750.00 | $525.00 |
| 12.17.18 | Benenson | SF | Email to S. Bical re: radio silence from OP Development and next steps to initiate lawsuit | 0.2 | $750.00 | $150.00 |

Page 3

| Date | Matter | Atty | Description | Time | Rate | Amount |
|------|--------|------|-------------|------|------|--------|
| 12.21.18 | Benenson | SF | Review and finalize summons and complaint and cover sheet | 2.4 | $750.00 | $1,800.00 |
| 12.21.18 | Benenson | SF | Obtain index number & file with the Court (Kings Cty) | 0.4 | $750.00 | $300.00 |
| 12.25.18 | Benenson | SF | Draft discovery demands re: Benenson internal business records, dealings w/ S. Bical, and accounting | 3.5 | $750.00 | $2,625.00 |
| 1.2.19 | Benenson | SF | Email Process Server w/ documents to be served and instructions to effectuate | 0.5 | $750.00 | $375.00 |
| 1.9.19 | Benenson | SF | Email S. Bical all documents filed w/ Court | 0.2 | $750.00 | $75.00 |
| 1.28.19 | Benenson | SF | Reviewed email correspondence from defendant's lawyer S. Laskowitz re: OP Development position | 0.4 | $750.00 | $300.00 |
| 1.28.19 | Benenson | SF | Telephone call w/ S. Bical re: missed monthly payment and OP's position that security used to fulfill debt | 0.5 | $750.00 | $375.00 |
| 1.29.19 | Benenson | SF | Telephone call w/ defense counsel S. Laskowitz | 0.4 | $750.00 | $300.00 |
| 1.29.19 | Benenson | Sf | Telephone call w/ S. Bical re: dropping lawsuit | 0.3 | $750.00 | $225.00 |
| 1.29.19 | Benenson | SF | Draft documents to discontinue the lawsuit | 0.7 | $750.00 | $525.00 |
| 1.29.19 | Benenson | SF | Telephone call w/ attorney S. Laskowitz re: settlement documents | 0.3 | $750.00 | $225.00 |
| 1.29.19 | Benenson | SF | Review and revise documents and email to defense attorney S. Laskowitz for filing | 0.4 | $750.00 | $300.00 |
| 1.29.19 | Benenson | SF | Telephone call w/ attorney S. Laskowitz re: filing w/ court | 0.3 | $750.00 | $225.00 |

Total hours: **37.1**
Total Due:  **$27,825.00**

# STUART H. FINKELSTEIN ESQ.

*Attorney at Law*

(Taxpayer ID. No. 13-4986540)

---

**From:**

Stuart Finkelstein Esq.

338 Jericho Turnpike

Syosset, NY 11791

(718) 261-4900

sf@finkelsteinlawgroup.com

**Billed To:**

Mr. Lilaahar ("Sammy") Bical

Bical Auto Mall

2859 Flatbush Avenue

Brooklyn, NY 11234

*Due Upon Receipt*

---

## INVOICE SUMMARY

| Matter | Invoice Number | Date of Issue |
|---|---|---|
| Pollack v. OP Development et al | 50005 | July 15, 2019 |

For professional services rendered through June 30, 2019:

| | |
|---|---|
| Total Fees | $7,500.00 |
| Total Disbursements | $00.00. |
| **INVOICE TOTAL** | **$7,500.00** |

Payment may be made by check to Stuart Finkelstein Esq. mailed to the above address.

FINKELSTEIN LAW GROUP, PLLC
Attorneys and Counselors at Law
(Taxpayer I.D. No. 13-4986540)
Tel: (718) 261-4900

Mr. Lilaahar (Sammy) Bical c/o Kristal Auto Mall
2859 Flatbush Avenue
Brooklyn, New York 11234

For professional services rendered:
Environmental Suit re: 5200 Kings Highway location
*Pollack v. OP Development Corp. et al*, Index. No. 155868/2019 ("Pollack")

| Date | Matter | Atty | Description | Time | Rate | Amount |
|------|--------|------|-------------|------|------|--------|
| 6.26.19 | Pollack | SF | Meet w/ S. Bical re: pending environmental lawsuit captioned: *Pollack v. OP Development Corp. et al*; discuss Bical exposure | 0.5 | $750.00 | $375.00 |
| 6.27.19 | Pollack | SF | Retrieved physical copies of entire litigation file as well as attendant documents; began review of complaint and claims | 3.0 | $750.00 | $2,250.00 |
| 6.28.19 | Pollack | SF | Begin draft demand for complaint and answer | 2.0 | $750.00 | $1,500 |
| 6.29.19 | Pollack | SF | Research affirmative defenses, cross claims and discovery demands re: CERCLA lawsuit | 3.5 | $750.00 | $2,625.00 |
| 6.29.19 | Pollack | SF | Telephone call w/ S. Bical re: seriousness of claims and guidance to retain environmental firm | 1.0 | $750.00 | $750.00 |

**Total hours: 10**
**Total Due:  $7,500.00**

# STUART H. FINKELSTEIN ESQ.
## *Attorney at Law*
(Taxpayer ID. No. 13-4986540)

**From:**

Stuart Finkelstein Esq.
338 Jericho Turnpike
Syosset, NY 11791
(718) 261-4900
sf@finkelsteinlawgroup.com

**Billed To:**

Mr. Lilaahar ("Sammy") Bical
Bical Auto Mall
2859 Flatbush Avenue
Brooklyn, NY 11234
*Due Upon Receipt*

## INVOICE SUMMARY

| Matter | Invoice Number | Date of Issue |
|---|---|---|
| Bical v. Bical | 50006 | August 15, 2019 |

For professional services rendered through July 31, 2019:

| | |
|---|---|
| Total Fees | $10,725.00 |
| Total Disbursements | $00.00. |
| **INVOICE TOTAL** | **$10,725.00** |

Payment may be made by check to Stuart Finkelstein Esq. mailed to the above address.

**FINKELSTEIN LAW GROUP, PLLC**
Attorneys and Counselors at Law
(Taxpayer I.D. No. 13-4986540)
Tel: (718) 261-4900

Mr. Lilaahar (Sammy) Bical c/o Kristal Auto Mall
2859 Flatbush Avenue
Brooklyn, New York 11234

For professional services rendered:
S. Bical Matrimonial Matter

| Date | Matter | Atty | Description | Time | Rate | Amount |
|---|---|---|---|---|---|---|
| 6.10.19 | Matrimonial | SF | Initial meeting w/ S. Bical re: service on him of summons and Complaint for divorce from wife | 2.0 | $750.00 | $1,500.00 |
| 6.11.19 | Matrimonial | SF | Began search for representation for S. Bical in matrimonial action; contacted and spoke to lawyers and Judges for recommendations | 3.0 | $750.00 | $2,250.00 |
| 6.12.19 | Matrimonial | SF | Conducted Interview of attorney Roseann Branda (not a fit, cut interview short) | 0.7 | $750.00 | $525.00 |
| 6.13.19 | Matrimonial | SF | Conduct telephone interview w/ attorney A. Richter; arrange meeting w/ S. Bical | 1.3 | $750.00 | $975.00 |
| 6.18.19 | Matrimonial | SF | Meeting at 2859 Flatbush dealership w/ attorney A. Richter and S. Bical re: pending matrimonial proceedings and avoiding if possible; travel time | 6.5 | $750.00 | $4,875.00 |
| 7.16.19 | Matrimonial | SF | Telephone call w/ S. Bical re: wife's decision to forego divorce based on A. Richter advice | 0.8 | $750.00 | $600.00 |

**Total hours: 14.3**
**Total Due:  $10,725.00**

# STUART H. FINKELSTEIN ESQ.
## *Attorney at Law*
### (Taxpayer ID. No. 13-4986540)

**From:**

Stuart Finkelstein Esq.
338 Jericho Turnpike
Syosset, NY 11791
(718) 261-4900
sf@finkelsteinlawgroup.com

**Billed To:**

Mr. Lilaahar ("Sammy") Bical
Bical Auto Mall
2859 Flatbush Avenue
Brooklyn, NY 11234
*Due Upon Receipt*

## INVOICE SUMMARY

| Matter | Invoice Number | Date of Issue |
|--------|----------------|---------------|
| CLM v. Bical | 50007 | October 15, 2019 |

For professional services rendered through September 30, 2019:

| | |
|---|---|
| Total Fees | $188,850.00 |
| Total Disbursements | $   3,155.98. |
| **INVOICE TOTAL** | **$192,005.98** |

Payment may be made by check to Stuart Finkelstein Esq. mailed to the above address.

Page 2

FINKELSTEIN LAW GROUP, PLLC
Attorneys and Counselors at Law
(Taxpayer I.D. No. 13-4986540)
Tel: (718) 261-4900

Mr. Lilaahar (Sammy) Bical c/o Kristal Auto Mall
2859 Flatbush Avenue1
Brooklyn, New York 11234

For professional services rendered:
*Carter Ledyard Milburn v. Bical* ("CLM")

| Date | Matter | Atty | Description | Time | Rate | Amount |
|---|---|---|---|---|---|---|
| 10.26.17 | CLM | SF | Meeting with S. Bical re: pending criminal case in EDNY and potential plea withdrawal | 4.7 | $750.00 | $3,525.00 |
| 10.27.17 | CLM | SF | Telephone conference w/ ret. Judge B. Kamins and Attorney Bellinger re: stage of S. Bical criminal case and viability of plea withdrawal | 0.8 | $750.00 | $600.00 |
| 10.28.17 | CLM | SF | Telephone call w/ S. Bical re: transcripts of his and D. Bachu actions | 0.6 | $750.00 | $450.00 |
| 11.2.17 | CLM | SF | Telephone call w/ David Roy EDNY clerk re: transcript processing | 0.2 | $750.00 | $150.00 |
| 11.2.17 | CLM | SF | Drafted emails to EDNY court reporters requesting transcripts | 0.2 | $750.00 | $150.00 |
| 11.7.17 | CLM | SF | Draft email to EDNY reporter Lacchese re: transcripts | 0.2 | $750.00 | $150.00 |
| 11.7.17 | CLM | SF | Drafted emails to EDNY court reporters for coordination and preparation of transcripts | 0.3 | $750.00 | $225.00 |
| 11.8.17 | CLM | SF | Reviewed and indexed Bachu transcripts from co-defendant Darmin Bachu's EDNY trial | 5.8 | $750.00 | $4,350.00 |
| 11.9.17 | CLM | SF | Continued review, analysis, and indexing of Bachu trial witness transcripts | 5.5 | $750.00 | $4,125.00 |
| 11.11.17 | CLM | SF | Telephone call w/ S. Bical re: Bachu trial | 0.8 | $750.00 | $600.00 |
| 11.11.17 | CLM | SF | Disbursements transcripts | 0.0 | costs | $784.98 |
| 11.13.17 | CLM | SF | Reviewed and annotated M. Bellinger's request for bill of particulars | 1.2 | $750.00 | $900.00 |
| 11.13.17 | CLM | SF | Telephone call w/ S. Bical re: Bellinger bill of particulars | 0.6 | $750.00 | $450.00 |
| 11.15.17 | CLM | SF | Telephone call w/ S. Bical re: his secretary's' potential testimony | 0.7 | $750.00 | 525.00 |
| 11.27.17 | CLM | SF | Meeting with S. Bical to discuss discharging Attorney M. Bellinger | 0.6 | $750.00 | $450.00 |
| 11.28.17 | CLM | SF | Follow-up discussion with S. Bical re: discharging Attorney M. Bellinger | 0.5 | $750.00 | $375.00 |
| 11.13.17 | CLM | SF | Email S. Bical re: Bellinger litigation strategy for | 0.3 | $750.00 | $225.00 |
| 12.11.17 | CLM | SF | Prepare final draft letter to be sent to Bellinger | 0.9 | $750.00 | $650.00 |
| 12.12.17 | CLM | SF | Call w/ S. Bical to review correspondence to be sent to Bellinger | 0.3 | $750.00 | $225.00 |
| 12.13.17 | CLM | SF | Review and finalize discharge letter to Bellinger and email to him | 1.2 | $750.00 | $900.00 |
| 12.14.17 | CLM | SF | Review emails from Kenniff to M. Bellinger and back with attachments | 0.4 | $750.00 | $300.00 |

| Date | Matter | Atty | Description | Time | Rate | Amount |
|---|---|---|---|---|---|---|
| 12.15.17 | CLM | SF | Review correspondence from Bellinger re: Attorney discharge | 0.4 | $750.00 | $300.00 |
| 12.15.17 | CLM | SF | Telephone conference w/ S. Bical re: Bellinger position on discharge | 0.4 | $750.00 | $300.00 |
| | | | | | | |
| 12.24.17 | CLM | SF | Review Carter Ledyard billing and invoices | 4.3 | $750.00 | $3,225.00 |
| 12.25.17 | CLM | SF | Cont'd reviewing and analyzing Carter Ledyard invoices and facially inflated billing | 3.8 | $750.00 | $2,850.00 |
| 12.26.17 | CLM | SF | Telephone call w/ S. Bical re: Carter Ledyard invoices | 0.7 | $750.00 | $525.00 |
| 12.29.17 | CLM | SF | Reviewed emails from Fran re: correspondence from M. Bellinger to T. Kenniff | 0.4 | $750.00 | $300.00 |
| 12.29. 17 | CLM | SF | Review emails to B. Connolly from Bellinger | 0.5 | $750.00 | $375.00 |
| 12.29.17 | CLM | SF | Telephone call with B. Connolly re: emails | 0.7 | $750.00 | $525.00 |
| 12.29.17 | CLM | SF | Telephone conference w/ S. Bical, F. Doria, T. Kenniff, & A. Colleluori re: M. Bellinger vicious defamatory correspondence | 1.1 | $750.00 | $825.00 |
| 12.30.17 | CLM | SF | Draft correspondence reply to M. Bellinger email and circulate to Raiser Kenniff for review | 1.1 | $750.00 | $825.00 |
| 12.30.17 | CLM | SF | Revise letter to M. Bellinger and mail out | 0.6 | $750.00 | $450.00 |
| 1.4.18 | CLM | SF | Review M. Bellinger motion to be relieved as S. Bical counsel | 0.5 | $750.00 | $375.00 |
| 1.5.18 | CLM | SF | Confer w/ S. Bical re: Bellinger motion to be relieved as counsel | 1.1 | $750.00 | $825.00 |
| 1.19.18 | CLM | SF | Review complaint and attendant filings against S. Bical by Carter Ledyard for atty fees | 1.3 | $750.00 | $975.00 |
| 1.20.18 | CLM | SF | Research issues re: venue and ability to use testimonial evidence against former client in ongoing criminal proceedings as proof in a civil lawsuit | 5.9 | $750.00 | $4,425.00 |
| 1.20.18 | CLM | SF | Continue research re: failure of defense counsel in a criminal proceeding to provide proper legal counsel | 4.4 | $750.00 | $3,300.00 |
| 1.23.18 | CLM | SF | Begin draft of S. Bical answer to NY County CLM complaint | 1.8 | $750.00 | $1,350.00 |
| 1.23.18 | CLM | SF | Draft S. Bical affirmative defenses to CLM complaint | 1.5 | $750.00 | $1,125.00 |
| 1.24.18 | CLM | SF | Review, revise and finalize answer and affirmative defenses for filing | 1.7 | $750.00 | $1,275.00 |
| 1.25.18 | CLM | SF | Telephone call w/ S. Bical to discuss answer to complaint and potential counterclaim | 0.7 | $750.00 | $525.00 |
| 1.25.18 | CLM | SF | Draft introduction + first section of Complaint against Carter Ledyard re: legal malpractice | 3.2 | $750.00 | $2,400.00 |
| 1.26.18 | CLM | SF | Draft second section of Complaint against Carter Ledyard re: legal unethical practices | 2.3 | $750.00 | $3,600.00 |
| 1.26.18 | CLM | SF | Draft discovery demands in CLM vs. Sammy re: CLM internal documents, memoranda, communications w/ Bical, communications w/ AUSA, & malpractice coverage | 2.8 | $750.00 | $2,100.00 |
| 1.27.18 | CLM | SF | Telephone call w/ S. Bical re: discovery demands for CLM's suit vs us and choice of venue/ jurisdiction for our complaint | 0.6 | $750.00 | $2,325.00 |
| 1.27.18 | CLM | SF | Revise discovery demands for CLM's suit against S. Bical | 2.5 | $750.00 | $1,875.00 |
| 1.29.18 | CLM | SF | Review documents for Complaint against CLM | 4.2 | $750.00 | $3,150.00 |
| 1.29.18 | CLM | SF | Research venue for filing | 1.7 | $750.00 | $1,275.00 |

| Date | Matter | Atty | Description | Time | Rate | Amount |
|---|---|---|---|---|---|---|
| 1.31.18 | CLM | SF | Draft third section of Complaint against Carter Ledyard re: fraud in the inducement | 2.4 | $750.00 | $1,800.00 |
| 1.31.18 | CLM | SF | Review and revise Introduction + Background + Conclusion of Complaint against CLM | 3.4 | $750.00 | $2,550.00 |
| 2.1.18 | CLM | SF | Proofread and send Complaint to S. Bical for review | 0.8 | $750.00 | $600.00 |
| 2.2.18 | CLM | SF | Finalized summons and complaint to be filed in Kings Cty and served electronically and physically | 0.5 | $750.00 | $375.00 |
| 2.2.18 | CLM | SF | Email Correspondence w/ F. Doria re: CLM litigation strategy | 0.4 | $750.00 | $300.00 |
| 2.5.18 | CLM | SF | Correspondence w/ S. Bical and F. Doria re: next steps in litigation against CLM and request documents from them re: General Motors | 0.6 | $750.00 | $450.00 |
| 2.6.18 | CLM | SF | Analyzed General Motors' correspondence divesting S. Bical from his car n franchises & researched applicable law re: same | 4.2 | $750.00 | $3,150.00 |
| 2.7.17 | CLM | SF | Telephone call w/ S. Bical re: GM and suit vs. CLM | 0.9 | $750.00 | $675.00 |
| 2.8.18 | CLM | SF | Review and draft reply to M. Bellinger's affidavit re: motion to withdraw | 2.7 | $750.00 | $2,025.00 |
| 2.13.18 | CLM | SF | Send near final draft of complaint to attorney A. Colleluori of Raiser Kenniff for review and edits | 0.2 | $750.00 | $150.00 |
| 2.13.18 | CLM | SF | Correspondence w/ A. Colleluori re: edits to complaint including breach of fiduciary duties & pleading requirements | 0.6 | $750.00 | 450.00 |
| 2.15.18 | CLM | SF | Prepare answer and pleadings re: CLM vs S. Bical | 3.5 | $750.00 | $2,625.00 |
| 2.16.18 | CLM | SF | Draft discovery demands, interrogatories, expert witness interrogatories, & production of docs re: CLM vs. S. Bical | 6.1 | $750.00 | $4,575.00 |
| 2.17.18 | CLM | SF | Revise and finalize discovery demands re: CLM v. Bical | 3.0 | $750.00 | $2,250.00 |
| 2.17.18 | CLM | SF | Review email from A. Cahn and attachment to email re: CLM purported future amendment to complaint | 1.8 | $750.00 | $1,350.00 |
| 2.21.18 | CLM | SF | Review CLM purported new invoices and annotate issues | 0.7 | $750.00 | $525.00 |
| 2.21.18 | CLM | SF | Review CLM amended Complaint | 2.1 | $750.00 | $1,575.00 |
| 2.22.18 | CLM | SF | Review documents received from F. Doria re: CLM billing | 0.4 | $750.00 | $300.00 |
|  |  |  |  |  |  |  |
| 2.26.18 | CLM | SF | Filed S. Bical Summons and Complaint in Bical vs. CLM Case caption: Bical v. Bellinger et al | 0.3 | $750.00 | $225.00 |
| 2.26.18 | CLM | SF | Receive & review additional Carter Ledyard invoices from A. Cahn | 0.4 | $750.00 | $300.00 |
| 2.27.18 | CLM | SF | Prepared amended answer to CLM amended Complaint | 1.8 | $750.00 | $1,350.00 |
| 3.7.18 | CLM | SF | Confer w/ S. Bical re: new invoices & implications of "account stated" | 0.3 | $750.00 | $225.00 |
| 3.18.18 | CLM | SF | E-mail correspondence w/ A. Cahn re: consolidation | 0.6 | $750.00 | $450.00 |
| 3.21.18 | CLM | SF | Serve A. Cahn with amended answer | 0.2 | $750.00 | $150.00 |
| 3.22.18 | CLM | SF | Review, research and synthesize CLM motion to consolidate and change venue for both pending suits | 3.6 | $750.00 | $2,925.00 |
| 3.22.18 | CLM | SF | Telephone call w/ S. Bical re: CLM motion to consolidate | 0.3 | $750.00 | $225.00 |
| 4.18.18 | CLM | SF | Draft opposition papers to CLM motion to consolidate and change venue | 6.0 | $750.00 | $4,500.00 |
| 4.26.18 | CLM | SF | Send S. Bical opposition papers for review and comment | 0.1 | $750.00 | $75.00 |
| 4.26.18 | CLM | SF | Telephone call with S. Bical re: opposition to consolidate | 0.3 | $750.00 | $225.00 |
| 4.26.18 | CLM | SF | File opposition papers & attendant documents with court | 0.2 | $750.00 | $150.00 |

| Date | Matter | Atty | Description | Time | Rate | Amount |
|---|---|---|---|---|---|---|
| 5.2.18 | CLM | SF | Review & research CLM Memo of Law in Reply to our opposition; research case law about "first action" and "second action" rules | 2.8 | $750.00 | $2,100.00 |
| 8.22.18 | CLM | SF | Reviewed & analyzed order and decision from the Court granting CLM's motion to consolidate and change venue | 0.8 | $750.00 | $600.00 |
| 8.22.18 | CLM | SF | Telephone call w/ S. Bical re: consolidation decision and next steps | 0.4 | $750.00 | $375.00 |
| 8.22.18 | CLM | SF | Reviewed Notice of Entry | 0.2 | $750.00 | $150.00 |
| 9.6.18 | CLM | SF | Review email correspondence from A. Cahn re: short form order request from the Court | 0.2 | $750.00 | $150.00 |
| 9.6.18 | CLM | SF | Review and edit correspondence to the Court re: short form order | 0.4 | $750.00 | $300.00 |
| 9.7.18 | CLM | SF | Reviewed Court's amended Order on Consolidation | 0.3 | $750.00 | $225.00 |
| 10.3.18 | CLM | SF | Appeared at EDNY hearing on S. Bical Motion to withdraw plea. Advise and confer all day w/ T. Kenniff and S. Bical re: oral argument and litigation strategy next steps | 10.5 | $750.00 | $7,875.00 |
| 10.23.18 | CLM | SF | Confer w/ A. Cahn re: preliminary conference appearance | 0.2 | $750.00 | $150.00 |
| 12.4.18 | CLM | SF | Appeared at Preliminary Conference before Judge A. Engoron re: CLM v. Bical Oral argument and scheduling | 9.0 | $750.00 | $6,750.00 |
| 12.5.18 | CLM | SF | Review Preliminary Conference Order and calendar dates | 0.3 | $750.00 | $225.00 |
| 12.21.18 | CLM | SF | Reviewing CLM Motion for summary judgment & 60-page memorandum of law including unpublished decisions | 4.4 | $750.00 | $3,300.00 |
| 1.28.19 | CLM | SF | Prepare and file request for adjournment re: SJ motion | 0.4 | $750.00 | $300.00 |
| 1.30.19 | CLM | SF | Begin researching attorney malpractice case law in preparation for opposition to CLM SJ motion | 1.6 | $750.00 | $1,200.00 |
| 1.31.19 | CLM | SF | Meet and Confer w/ S. Bical re: our opposition to CLM's motion for Summary Judgment | 0.5 | $750.00 | $375.00 |
| 2.1.19 | CLM | SF | Researched breach of contract when subsumed into attorney malpractice for opposition to SJ | 2.2 | $750.00 | $1,650.00 |
| 2.2.19 | CLM | SF | Researched quantum meruit theory where services not performed in accord with claimed monetary value for opposition to SJ | 1.5 | $750.00 | $1,125.00 |
| 2.4.19 | CLM | SF | Researched affirmative defenses at SJ stage to account stated for opposition to SJ | 1.2 | $750.00 | $900.00 |
| 2.4.19 | CLM | SF | Research appropriateness of SJ prior to any discovery where the billing and quality of services is disputed | 0.8 | $750.00 | $600.00 |
| 2.4.19 | CLM | SF | Draft Introduction and factual background section (including criminal case history and Bellinger behavior) of affirmation in opposition to CLM SJ motion | 1.2 | $750.00 | $900.00 |
| 2.5.19 | CLM | SF | Began review and annotation of entire Bical criminal record after receiving same per Judge Engoron's order | 5.1 | $750.00 | $3,825.00 |
| 2.6.19 | CLM | SF | Continued Review of entire Bical criminal record | 6.2 | $750.00 | $4,650.00 |
| 2.17.19 | CLM | SF | Prepare exhibits for SJ opposition including Bellinger emails, SF emails, invoices, US Attorney correspondence, SF letters, SF affirmation, & M. Bellinger affidavit | 2.0 | $750.00 | $1,500.00 |
| 2.21.19 | CLM | SF | Appearance at EDNY sentencing hearing in front of Judge D. Hall; prep S. Bical & discuss with T. Kenniff w/ oral argument | 7.3 | $750.00 | $5,475.00 |
| 2.22.19 | CLM | SF | Review file and revise Sammy's opposition to motion for summary judgment | 2.5 | $750.00 | $1,875.00 |

| Date | Matter | Atty | Description | Time | Rate | Amount |
|------|--------|------|-------------|------|------|--------|
| 2.27.19 | CLM | SF | Received & reviewed CLM SJ Reply Memorandum of law | 2.1 | $750.00 | $1,575.00 |
| 2.27.19 | CLM | SF | Telephone call w/ S. Bical re: motion fully submitted | 0.2 | $750.00 | $150.00 |
| 3.20.19 | CLM | SF | Received and reviewed Judge Decision and Order grating CLM motion for Summary Judgment against S. Bical | 0.8 | $750.00 | $600.00 |
| 3.20.10 | CLM | SF | Telephone call w/ S. Bical re: SJ decision & options | 0.5 | $750.00 | $375.00 |
| 3.25.19 | CLM | SF | Reviewed Notice of Entry | 0.2 | $750.00 | $150.00 |
| 3.28.19 | CLM | SF | Telephone call w/ S. Bical re: appeal process and costs | 0.4 | $750.00 | $300.00 |
| 4.1.19 | CLM | SF | Draft notice of appeal and Informational Statement for appeal of Judge Engoron decision in CLM v. Bical | 2.6 | $750.00 | $1,950.00 |
| 4.4.19 | CLM | SF | Prepare and file with the Appellate Division statement of authorization for electronic filing | 0.4 | $750.00 | $300.00 |
| 4.9.19 | CLM | SF | Confer w/ Appellate printing service Dick Bailey Service Inc re: retaining their services for appeal filing | 0.4 | $750.00 | $450.00 |
| 4.11.19 | CLM | SF | Reviewed Judgment entered against S. Bical and Bical Motors | 0.3 | $750.00 | $225.00 |
| 4.12.19 | CLM | SF | Prepared, synthesized and collated the Record on Appeal; coordinated w/ Dick Bailey Appellate service re: collating record on appeal | 5.0 | $750.00 | $3,750.00 |
| 4.12.19 | CLM | SF | Dick Bailey Appellate Fees including collating record, appendxing, & formatting | 0.0 | costs | $2,371.99 |
| 4.15.19 | CLM | SF | Telephone call w/ S. Bical re: option to seek a stay of collection of the Judgment | 0.3 | $750.00 | $225.00 |
| 4.22.19 | CLM | SF | Draft proposed Order to Show Cause, Temporary Restraining Order for interim Stay of Judgment and prepare Statement for Expedited Service | 5.5 | $750.00 | $4,125.00 |
| 4.30.19 | CLM | SF | Telephone call w/ adversary A. Cahn re: advising him of my appearance in the Appellate Division | 0.1 | $750.00 | $75.00 |
| 4.30.19 | CLM | SF | Draft Affirmation to the Appellate Division re: my appearance on behalf of S. Bical | 0.3 | $750.00 | $225.00 |
| 5.8.19 | CLM | SF | Review and annotate CLM's opposition to Sammy's OSC | 1.0 | $750.00 | $750.00 |
| 5.9.19 | CLM | SF | Prepare for OSC oral argument in appellate division | 1.7 | $750.00 | $1,275.00 |
| 5.10.19 | CLM | SF | Oral Argument Appearance at the Appellative Division, 1st Department re: OSC and temporary restraining order | 8.5 | $750.00 | $6,375.00 |
| 5.11.19 | CLM | SF | Review and evaluate Appellate Division's decision denying OSC | 0.5 | $750.00 | $375.00 |
| 5.13.19 | CLM | SF | Telephone call w/ S. Bical re: settlement negotiations w/ CLM; discussed tax deductible attorney business fees and viability of posting bond for appeal | 1.3 | $750.00 | $975.00 |
| 5.29.19 | CLM | SF | Email adversary A. Cahn re: producing S. Bical to testify at post-judgment deposition | 0.2 | $750.00 | $150.00 |
| 6.3.19 | CLM | SF | Telephone conference w/ adversary A. Cahn re: S. Bical initial settlement offer | 0.3 | $750.00 | $150.00 |
| 6.3.19 | CLM | SF | Review email correspondence w/ adversary A. Cahn re: CLM counteroffer | 0.2 | $750.00 | $150.00 |
| 6.12.19 | CLM | SF | Telephone call w/ A. Cahn re: S. Bical re: continuing negotiations; negotiated & reduced $50,000 including post judgement interest and costs | 0.4 | $750.00 | $425.00 |
| 6.13.19 | CLM | SF | Telephone call w/ S. Bical accountant re: settlement position in light of CLM last offer | 0.8 | $750.00 | $600.00 |

| Date | Matter | Atty | Description | Time | Rate | Amount |
|---|---|---|---|---|---|---|
| 6.14.19 | CLM | SF | Telephone call w/ S. Bical accountant re: follow up conversation about tax deductions | 0.3 | $750.00 | $150.00 |
| 6.24.19 | CLM | SF | Reviewed correspondence from S. Bical's accountant and researched cases he submitted to me | 4.4 | $750.00 | $3,300.00 |
| 6.25.19 | CLM | SF | Telephone call w/ adversary A. Cahn re: details of possible settlement and retitling CLM's invoices | 1.7 | $750.00 | $1,225.00 |
| 6.26.19 | CLM | SF | Continued telephonic negotiations with attorney A. Cahn | 0.9 | $750.00 | $675.00 |
| 6.27.19 | CLM | SF | Left voicemail message for S. Bical's accountant | 0.1 | $750.00 | $75.00 |
| 6.27.19 | CLM | SF | Review and annotate email from attorney Cahn memorializing CLM aggreging to our settlement position for CLM to retitle invoices | 0.3 | $750.00 | $225.00 |
| 6.27.19 | CLM | SF | Telephone call w. A. Cahn re: follow up to email to hash out final proposed terms of settlement of the matter | 1.2 | $750.00 | 900.00 |
| 6.27.19 | CLM | SF | Send email to S. Bical advising that CLM agreed to our request to rebadge all the invoices to Sammy | 0.2 | $750.00 | $150.00 |
| 6.27.19 | CLM | SF | Send email to S. Bical re: status of accountant correspondence & need for entity names for invoices | 0.1 | $750.00 | $75.00 |
| 7.8.19 | CLM | SF | Preliminary review of proposed settlement agreement sent by attorney A. Cahn | 0.3 | $750.00 | $225.00 |
| 7.8.19 | CLM | SF | Send email to A. Cahn re: rebadging of invoices | 0.2 | $750.00 | $150.00 |
| 7.8.19 | CLM | SF | Send email to A. Cahn re: big picture issues with draft settlement agreement and schedule call to discuss | 0.2 | $750.00 | $150.00 |
| 7.9.19 | CLM | SF | Full review and edit of CLM proposed settlement agreement, releases to Bical Development, Bical Motors, Lilaahar 'Sammy' Bical; release from CLM to Bical Development, Bical Motors, Sammy Lilaahar Bical | 4.2 | $750.00 | $3,150.00 |
| 7.9.19 | CLM | SF | Send S. Bical all settlement documents and review w/ him | 1.3 | $750.00 | $975.00 |
| 7.11.19 | CLM | SF | Reviewed emails from A. Cahn and send reply re: finalizing settlement | 0.4 | $750.00 | $300.00 |
| 7.18.19 | CLM | SF | Telephone call with A. Cahn re: settlement documents and requested edits; also discussed rebadging of invoices | 0.8 | $750.00 | $900.00 |
| 7.23.19 | CLM | SF | Review email correspondence from A. Cahn re: edits to settlement & stipulations to be signed upon transfer of funds | 0.3 | $750.00 | $225.00 |
| 7.25.19 | CLM | SF | Review emails from A. Cahn re: general releases and W-2 | 0.3 | $750.00 | $225.00 |
| 7.25.19 | CLM | SF | Send e-mail to Cahn re: status of settlement documents | 0.2 | $750.00 | $150.00 |
| 7.25.19 | CLM | SF | Review and email to Cahn and bcc to Sammy revised invoices | 0.6 | $750.00 | $450.00 |
| 7.26.19 | CLM | SF | Appearance at S. Bical sentencing hearing; assist with S. Bical prep; plan out next life steps for S. Bical re: his GM dealership operations, general affairs, family, & asset management | 7.5 | $750.00 | $5,745.00 |
| 7.30.19 | CLM | SF | Telephone call w/ A. Cahn re: edits to invoices | 0.3 | $750.00 | 225.00 |
| 8.2.19 | CLM | SF | Telephone call w/ S. Bical: documents to be signed & wrapping up the matter expeditiously | 0.4 | $750.00 | $300.00 |
| 8.2.19 | CLM | SF | Review and send S. Bical final documents for execution | 0.3 | $750.00 | $225.00 |
| 8.3.19 | CLM | SF | Retrieve final documents, review, and send to A. Cahn | 0.5 | $750.00 | $375.00 |
| 8.5.19 | CLM | SF | Review and email to Sammy attachments | 0.4 | $750.00 | $300.00 |
| 8.5.19 | CLM | SF | Review revised invoices from attorney Cahn w/ S. Bical | 0.8 | $750.00 | $600.00 |
| 8.6.19 | CLM | SF | Review email from A. Cahn | 0.2 | $750.00 | $150.00 |

| Date | Matter | Atty | Description | Time | Rate | Amount |
|------|--------|------|-------------|------|------|--------|
| 8.8.19 | CLM | SF | Exchange emails w/ A. Cahn re: satisfaction of judgment and check clearance | 0.4 | $750.00 | $300.00 |
| 8.27.19 | CLM | SF | Telephone call w/ A. Cahn re: status of invoices and withdrawing Sammy's appeal | 0.4 | $750.00 | $300.00 |
| 8.27.19 | CLM | SF | Review correspondence and pleadings from A. Cahn re: courtesy draft of withdrawal of S. Bical appeal | 0.6 | $750.00 | $450.00 |
| 8.29.19 | CLM | SF | Review and revise draft withdrawing appeal | 0.3 | $750.00 | $225.00 |
| 9.11.19 | CLM | SF | Review full Satisfaction of Judgment filed in CLM v. Bical and send same to S. Bical; explained significance and legal ramifications | 0.3 | $750.00 | $225.00 |
| 9.20.19 | CLM | SF | Review email from A. Cahn with stipulation; revise, sign and send back to A. Cahn for filing | 0.4 | $750.00 | $300.00 |
| 9.24.19 | CLM | SF | Send email to S. Bical accountant explaining situation with final invoices and judgment attached | 0.4 | $750.00 | $300.00 |

**Total hours: 251.8**
**Total Due:  $188,850.00**

# STUART H. FINKELSTEIN ESQ.
*Attorney at Law*
(Taxpayer ID. No. 13-4986540)

**From:**

Stuart Finkelstein Esq.

338 Jericho Turnpike

Syosset, NY 11791

(718) 261-4900

sf@finkelsteinlawgroup.com

**Billed To:**

Mr. Lilaahar ("Sammy") Bical

Bical Auto Mall

2859 Flatbush Avenue

Brooklyn, NY 11234

*Due Upon Receipt*

## INVOICE SUMMARY

| Matter | Invoice Number | Date of Issue |
|--------|----------------|---------------|
| Kristal Suits | 50008 | December 15, 2019 |

For professional services rendered through November 30, 2019:

| | |
|---|---|
| Total Fees | $12,375.00 |
| Total Disbursements | $00.00. |
| **INVOICE TOTAL** | **$12,375.00** |

Payment may be made by check to Stuart Finkelstein Esq. mailed to the above address.

**FINKELSTEIN LAW GROUP, PLLC**
Attorneys and Counselors at Law
(Taxpayer I.D. No. 13-4986540)
Tel: (718) 261-4900

Mr. Lilaahar (Sammy) Bical c/o Kristal Auto Mall
2859 Flatbush Avenue
Brooklyn, New York 11234

For professional services rendered:
Review, investigation and consultation
Re: pending lawsuits against 5200 Kings
Highway location ("Kristal")

| Date | Matter | Atty | Description | Time | Rate | Amount |
|---|---|---|---|---|---|---|
| 10.29.19 | Kristal | SF | Initial telephone call w/ S. Bical re: two pending personal injury lawsuits against Kristal Auto Mall; asked me to review and recommend action | 0.7 | $750.00 | $525.00 |
| 10.30.19 | Kristal | SF | Appeared at the courthouse to obtain both court case files to copy and review re: claim no. 2490935-1 (date of loss 10/27/16) | 4.1 | $750.00 | $3,075.00 |
| 10.31.19 | Kristal | SF | Receive and review entire case file re: claim no. 2490935-1 (date of loss 10/27/16) including emails from all parties, correspondence to and from insurance carriers | 4.0 | $750.00 | $3,750.00 |
| 11.4.19 | Kristal | SF | Annotate and draft recommendation to S. Bical re: claim no. 2490935-1 (date of loss 10/27/16) | 1.4 | $750.00 | $1,050.00 |
| 11.5.19 | Kristal | SF | Receive and review entire case file re: claim no. 2490965-1 (date of loss 12/18/16) including emails from all parties, correspondence to and from insurance carriers | 4.5 | $750.00 | $3,375.00 |
| 11.5.19 | Kristal | SF | Annotate and draft recommendation to S. Bical re: claim no. 2490965-1 (date of loss 12/18/16) | 1.2 | $750.00 | $900.00 |
| 11.6.19 | Kristal | SF | Telephone call w/ S. Bical re: final recommendations for pending PI suits | 0.6 | $750.00 | $450.00 |

**Total hours: 16.5**
**Total Due: $12,375.00**

# STUART H. FINKELSTEIN ESQ.
*Attorney at Law*
(Taxpayer ID. No. 13-4986540)

**From:**

Stuart Finkelstein Esq.
338 Jericho Turnpike
Syosset, NY 11791
(718) 261-4900
sf@finkelsteinlawgroup.com

**Billed To:**

Mr. Lilaahar ("Sammy") Bical
Bical Auto Mall
2859 Flatbush Avenue
Brooklyn, NY 11234
*Due Upon Receipt*

## <u>INVOICE SUMMARY</u>

| Matter | Invoice Number | Date of Issue |
|---|---|---|
| Gravesend Flag Co. v. Bical | 50009 | January 15, 2020 |

For professional services rendered through December 31, 2019:

| | |
|---|---|
| Total Fees | $1,800.00 |
| Total Disbursements | $00.00. |
| **INVOICE TOTAL** | **$1,800.00** |

Payment may be made by check to Stuart Finkelstein Esq. mailed to the above address.

### FINKELSTEIN LAW GROUP, PLLC
Attorneys and Counselors at Law
(Taxpayer I.D. No. 13-4986540)
Tel: (718) 261-4900

Mr. Lilaahar (Sammy) Bical c/o Kristal Auto Mall
2859 Flatbush Avenue
Brooklyn, New York 11234

For professional services rendered:
*Gravesend Flag Co. vs. Bical Auto Mall* ("FLAG")

| Date | Matter | Atty | Description | Time | Rate | Amount |
|------|--------|------|-------------|------|------|--------|
| 12.2.19 | FLAG | SF | Initial meeting w/ S. Bical re: contractor Flag's correspondence concerning flag installation | 0.4 | $750.00 | $300.00 |
| 12.2.19 | FLAG | SF | Review Flag lawyer R. Marchese's correspondence to S. Bical | 0.4 | $750.00 | $300.00 |
| 12.3.19 | FLAG | SF | Telephone call w/ attorney R. Marchese re: flag project | 0.9 | $750.00 | $675.00 |
| 12.3.19 | FLAG | SF | Telephone call w/ S. Bical re: Flag correspondence | 0.2 | $750.00 | $150.00 |
| 12.3.19 | FLAG | SF | Telephone call w/ R. Marchese re: resolution; close out matter | 0.5 | $750.00 | $375.00 |

**Total hours: 2.4**
**Total Due:  $1,800.00**

# STUART H. FINKELSTEIN ESQ.
*Attorney at Law*
(Taxpayer ID. No. 13-4986540)

**From:**

Stuart Finkelstein Esq.

338 Jericho Turnpike

Syosset, NY 11791

(718) 261-4900

sf@finkelsteinlawgroup.com

**Billed To:**

Mr. Lilaahar ("Sammy") Bical

Bical Auto Mall

2859 Flatbush Avenue

Brooklyn, NY 11234

*Due Upon Receipt*

## INVOICE SUMMARY

| Matter | Invoice Number | Date of Issue |
|:------:|:--------------:|:-------------:|
| Bical v. Topaz | 50010 | February 15, 2021 |

For professional services rendered through January 31, 2021:

| | |
|---|---|
| Total Fees | $13,725.00 |
| Total Disbursements | $00.00 |
| **INVOICE TOTAL** | **$13,725.00** |

Payment may be made by check to Stuart Finkelstein Esq. mailed to the above address.

**FINKELSTEIN LAW GROUP, PLLC**
Attorneys and Counselors at Law
(Taxpayer I.D. No. 13-4986540)
Tel: (718) 261-4900

Mr. Lilaahar (Sammy) Bical c/o Kristal Auto Mall
2859 Flatbush Avenue
Brooklyn, New York 11234

For professional services rendered:
Star Electric and Topaz ("STAR")

| Date | Matter | Atty | Description | Time | Rate | Amount |
|---|---|---|---|---|---|---|
| 10.20.20 | STAR | SF | Conference w/ S. Bical re: new issue about broken light fixtures at dealership and applicable warranties | 0.6 | $750.00 | $450.00 |
| 10.24.20 | STAR | SF | Received and reviewed all of S. Bical's documents and correspondence concerning light fixtures | 5.0 | $750.00 | $3,750.00 |
| 10.27.20 | STAR | SF | Draft email to S. Bical re: clarification about exact nature of dispute including entities involved, location, business arrangement, breach of contract, and Topaz position | 0.6 | $750.00 | $450.00 |
| 10.28.20 | STAR | SF | Telephone call w/ S. Bical re: nature and details of the dispute | 0.7 | $750.00 | $525.00 |
| 10.29.20 | STAR | SF | Draft demand letter to Topaz | 1.0 | $750.00 | $750.00 |
| 11.1.20 | STAR | SF | Send draft letter to S. Bical for review; receive return draft w/ comments and incorporate | 0.4 | $750.00 | $300.00 |
| 11.2.20 | STAR | SF | Finalize demand letter and send to Topaz executives | 0.5 | $750.00 | $375.00 |
| 11.3.20 | STAR | SF | Telephone call w/ S. Bical re: our demand letter & next steps | 0.3 | $750.00 | $225.00 |
| 12.1.20 | STAR | SF | Telephone call w/ S. Bical re: lack of response from Topaz; discussed pursuing Star Electric in alternative | 0.4 | $750.00 | $300.00 |
| 12.1.20 | STAR | SF | Begin Draft demand letter to Star Electric executive B. Partman | 0.7 | $750.00 | $825.00 |
| 12.5.20 | STAR | SF | Finalize and send demand letter to B. Partman of Star Electric | 0.5 | $750.00 | $375.00 |
| 12.7.20 | STAR | SF | Telephone call w/ S. Bical re: Brian Partman letter | 0.3 | $750.00 | 225.00 |
| 12.10.20 | STAR | SF | Telephone conference w/ Brian Partman re: resolving issue (went nowhere) | 0.7 | $750.00 | $525.00 |
| 12.14.20 | STAR | SF | Round of emails w/S. Bical re: B. Partman nasty conversation and his position that its "our fault"; discuss next steps | 0.6 | $750.00 | $450.00 |
| 12.14.20 | STAR | SF | Listen to voicemail from attorney K. Silverberg calling on behalf of B. Partman; research K. Silverberg history/ cases and annotate | 0.7 | $750.00 | $450.00 |
| 12.14.20 | STAR | SF | Review RedCom construction proposal and Topaz warranty | 1.0 | $750.00 | $750.00 |
| 12.15.20 | STAR | SF | Telephone call w/ attorney for Electric Star K. Silverberg re: hashing out dispute and coming to solution | 1.2 | $750.00 | $900.00 |
| 12.18.20 | STAR | SF | Exchange emails w/ attorney K. Silverberg re: manufacturer interchange of defective product and new product | 0.8 | $750.00 | $600.00 |

Page 3

| Date | Matter | Atty | Description | Time | Rate | Amount |
|------|--------|------|-------------|------|------|--------|
| 12.22.20 | STAR | SF | Send follow-up email to K. Silverberg re: unacceptance delay in resolution | 0.2 | $750.00 | $150.00 |
| 12.29.20 | STAR | SF | Send final email to K. Silverberg demanding immediate resolution | 0.1 | $750.00 | $75.00 |
| 12.31.20 | STAR | SF | Review K. Silverberg email acquiescing and that issue would be resolved by next week | 0.2 | $750.00 | $150.00 |
| 12.31.20 | STAR | SF | Coordinate scheduling of pick up and drop off between Star and Bical Mall | 0.3 | $750.00 | $225.00 |
| 1.6.21 | STAR | SF | Review S. Bical email re: manufacturer only performing half the job | 0.2 | $750.00 | $150.00 |
| 1.6.21 | STAR | SF | Draft and send demand email to K. Silverberg re: unacceptable gameplaying | 0.4 | $750.00 | 300.00 |
| 1.8.21 | STAR | SF | Review documents from K. Silverberg purporting to show that job was fully completed; sent to S. Bical | 0.3 | $750.00 | $225.00 |
| 1.11.21 | STAR | SF | Telephone call w/ S. Bical re: job completion | 0.1 | $750.00 | $75.00 |
| 1.12.21 | STAR | SF | Exchange round of emails w S. Bical re: job completion and full satisfaction; close out matter | 0.5 | $750.00 | $375.00 |

**Total hours: 18.3**
**Total Due:  $13,725.00**