**FILED
3.13.2025
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via
Electronic Portal**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

STUART H. FINKELSTEIN ESQ.,

      Plaintiff,     Case No.: 1:23-cv-00049

- against -

              Hon. L. DeArcy Hall
LILAAHAR BICAL,          Hon. Taryn A. Merkyl

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**PLAINTIFF'S NOTICE OF FILING CURRENT ADDRESS
PURSUANT TO MARCH 3, 2025, ORDER**

Pursuant to the Court's March 3, 2025, Order, Plaintiff Stuart H. Finkelstein respectfully submits this, his notice of his filing his current address:

1. Stuart H. Finkelstein, #25851-104,
   FCC Coleman Camp
   846 NE 54th Terrace, P.O. Box 1027
   Coleman, FL 33521-1027

Dated: March 12, 2025.

              *Respectfully Submitted,*

              Stuart H. Finkelstein
              <u>*Pro Se Plaintiff*</u>
              FCC Coleman Camp
              Coleman, Florida 33521
              (352) 689-4000

-2-

To all Counsel Via Pro Se Office and Chambers Email