April 16, 2025

**RECEIVED IN THE PRO SE OFFICE
APRIL 16, 2025
VIA ELECTRONIC PORTAL**

Magistrate Judge Taryn A. Merkl
Eastern District of New York
225 Cadman Plaza East
Chambers 1420 South, Courtroom 13D South
Brooklyn, New York 11201

Re: *Finkelstein v. Bical*, Case No.: 1:23-cv-00049-LDH-TAM, Status Update re Service of Process on New Defendants

Dear Judge Merkl,

      To remind the Court, respectfully, I am Plaintiff Pro Se in this matter. I write to provide a brief status update with respect to the Court's April 2, 2025, Order (ECF No. 64, "Order") granting Plaintiff's motion for leave to amend the Complaint.

      First, Plaintiff writes to advise the Court that he has filed the Amended Complaint on the docket in accord with the Court's Order. *See* ECF No. 65. For the avoidance of doubt or confusion, Plaintiff notes that the Amended Complaint at ECF No. 65 differs extremely minimally from the proposed amended complaint at ECF No. 56-1. The only differences are updates to the date and caption for accuracy, including the substitution of Judge Bulsara for Judge Merkl. The Amended Complaint is otherwise identical to the proposed amended complaint.

      Moreover, the Order also required that Plaintiff file and serve any summons to effectuate service on the new defendants. *See* Order at 9. Plaintiff conferred with Defendant Bical's counsel – Mr. Rick Kim Esq., of the LaBonte law firm – and the LaBonte firm has affirmed that they will represent the new defendants, and have likewise agreed to accept service on behalf of the new defendants. Plaintiff has effectuated service via email of the filed complaint to Mr. Rick Kim, Esq. *See* email chain attached as **Exhibit A.**

      I thank You very much for Your attention to this matter.

Very truly yours,

Stuart H. Finkelstein

<u>/s/ *Stuart H. Finkelstein*</u>
Pro se Plaintiff
FCC Coleman Low camp
Coleman, Florida 33521
(352) 689-4000

To all Counsel via ECF and Chambers Email

# Exhibit A

 Stuart Finkelstein <stuarthfinkelstein@gmail.com>

## Finkelstein v. Bical, Case No.: 1:23-cv-00049-LDH-SJB
5 messages

**Stuart Finkelstein** <stuarthfinkelstein@gmail.com>  Sun, Apr 13, 2025 at 1:45 PM
To: Rick Kim <rkim@labontelawgroup.com>, shlesq@gmail.com, mgould@labontelawgroup.com

Rick,

Hope you are well. Writing re Finkelstein v. Bical. In light of the Judge's recent order granting leave to amend, and in the interests of judicial economy and not wasting the Court's time or our collective time and resources, will you accept service on behalf of the new defendants? Thanks.

**Stuart Finkelstein** <stuarthfinkelstein@gmail.com>  Tue, Apr 15, 2025 at 8:30 AM
To: Rick Kim <rkim@labontelawgroup.com>, shlesq@gmail.com, mgould@labontelawgroup.com

Mr. Kim,

Following up on this. Please let me know. Thanks.

[Quoted text hidden]

**Rick Kim** <rkim@labontelawgroup.com>  Tue, Apr 15, 2025 at 3:06 PM
To: Stuart Finkelstein <stuarthfinkelstein@gmail.com>

We will accept service.

Rick C. Kim, Esq.

LaBonte Law Group, PLLC

333 Jericho Turnpike, Suite 200

Jericho, New York 11753

rkim@labontelawgroup.com – E-mail

516-280-8580 – Phone

631-794-2434 – Fax



Member of:



This e-mail, including attachments, may include confidential information subject to the attorney-client or other privilege, and may be used only by the person or entity to which it is addressed. If the reader of this E-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this E-mail is prohibited. If you have received this E-mail in error, please notify the sender by replying to this message and delete this E-mail immediately (and any attachments). Unless I have been formally retained, anything contained in this email is NOT to be construed as legal advice and is NOT intended to be legal advice.

In accordance with Circular 230, the content of this E-mail is not to be relied upon for the preparation of a tax return or to avoid tax penalties imposed by the Internal Revenue Code. If you desire a formal opinion on a particular tax matter for the purpose of avoiding the imposition of any penalties, please contact us to discuss the further Treasury requirements that must be met and whether it is possible to meet those requirements under the circumstances, as well as the anticipated time and additional fees involved.

[Quoted text hidden]

---

**Stuart Finkelstein** <stuarthfinkelstein@gmail.com>                                                                   Tue, Apr 15, 2025 at 6:19 PM
To: Rick Kim <rkim@labontelawgroup.com>

Great, thank you. Once we have the filed version, I will email it to you as formal service.
[Quoted text hidden]

---

**Stuart Finkelstein** <stuarthfinkelstein@gmail.com>                                                                   Wed, Apr 16, 2025 at 9:30 PM
To: Rick Kim <rkim@labontelawgroup.com>

Hi Rick,

Following up re *Finkelstein v. Bical*, Case No.: 1:23-cv-00049-LDH-TAM (E.D.N.Y. 2023).

In light of your agreement to accept service of the Amended Complaint on behalf of the newly added defendants, please consider this email of the attached filed Amended Complaint (ECF No. 65) as official service of process on Kristal Auto Mall Corp.; Bical Chevrolet Corporation; Nadia Development, LLC; Bical Realty Corp.; and Bical Development Inc.

Thank you.

All the best,
Stuart H. Finkelstein

[Quoted text hidden]

---

**ECF No. 65 - Amended Complaint.pdf**
271K