

June 11, 2025

Magistrate Judge Taryn A. Merkl
Eastern District of New York
225 Cadman Plaza East
Chambers 1420 South, Courtroom 13D  South
Brooklyn, New York 11201

Re: Joint Letter Motion to Extend Time to Serve Remaining Requests for Production and Interrogatories
Case No.: 1:23-cv-00049-LDH-TAM

Dear Judge Merkl,

    To remind Your Honor, I represent myself pro se in the above-referenced matter. Pursuant to Local Rule. 7.1(e), and on behalf of Plaintiff, and with the consent of Defendants, Plaintiff respectfully requests a brief 17-day extension of time of the Court's May 12, 2025, discovery deadline. On May 12, 2025, Your Honor ordered that "[a]ny remaining requests for documents and interrogatories shall be exchanged by 06/13/2025." The parties jointly request that the forgoing deadline be briefly extended for 17 days through June 30, 2025.

    There is no prejudice to any party as Defendants just recently retained new counsel who will now have additional time to engage with the case file. This brief extension of time should not impact any other deadline at this time.

    We thank the Court for its consideration of our request.

                                      Very truly yours,

                                      Stuart H. Finkelstein
                                      /s/ *Stuart H. Finkelstein*

                                      Stuart H. Finkelstein
                                      Pro se Plaintiff
                                      FCC Coleman Low camp
                                      Coleman, Florida 33521
                                      (352) 689-4000

To all Counsel via ECF