# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2458 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

August 8, 2025

***Via ECF***
The Hon. Taryn A. Merkl, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *Finkelstein v. Bical*
**Case No.: 1:23-cv-00049-LDH-TAM**

Dear Honorable Magistrate Judge Merkl,

This law firm is counsel to Defendants Lilaahar Bical, Kristal Auto Mall Corp., Bical Chevrolet Corporation, Nadia Development, LLC, Bical Realty Corp., and Bical Development Inc. (collectively, the "Defendants"), in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rules, the instant letter respectfully serves to request a *nunc pro tunc* extension of time to propound requests for the production of documents and interrogatories from June 30, 2025 to, through and including, August 18, 2025.

This is the third request of its kind. [*See* Dckt. Nos. 68, 75]. If granted, the instant request would not affect any other Court-ordered deadlines.[1]

The basis of this request is that discovery into the following issues remains outstanding: (i) the nature, scope, and value of legal services allegedly rendered by Plaintiff; (ii) the existence, authenticity, and completeness of legal invoices, time records, and supporting documentation pertaining to Plaintiff's alleged damages; (iii) the factual basis for Plaintiff's First and Fifth Causes of Action for breach of contract; as well as (iv) the existence, location, and production format of electronically stored information (ESI) and associated metadata relevant to the legal services allegedly rendered by Plaintiff.

By way of background, the undersigned propounded requests for the production of documents and interrogatories on June 26, 2025[2] and on July 23, 2025. However, Plaintiff categorically refused to respond to Defendants' July 23, 2025 requests, absent judicial intervention.

---

[1] Out of an abundance of caution, the undersigned respectfully wishes to advise the Court that the undersigned will be traveling overseas from August 18, 2025 through August 31, 2025. Thus, to the extent that the Court schedules a telephonic conference, the undersigned respectfully requests that any conference be held on or before August 18, 2025, or, on or after August 31, 2025.

[2] Plainitff provided deficient responses to Defendants' June 26th requests on August 3, 2025. The parties are attempting to resolve these deficiencies, before seeking further judicial intervention.

In light of the foregoing, it is respectfully requested that the Court grant a *nunc pro tunc* extension of time to propound requests for the production of documents and interrogatories from June 30, 2025 to, through and including, August 18, 2025.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
   Jason Mizrahi
   420 Lexington Avenue, Suite 2458
   New York, NY 10170
   Tel. No.:  (212) 792-0048
   Email: Jason@levinepstein.com
   *Attorneys for Defendants*

VIA ECF: All Counsel

2