Stuart H. Finkelstein
Plaintiff Pro Se
March 26th, 2026


\*\*\* Filed \*\*\*
07:16 AM, 26 Mar, 2026
U.S.D.C., Eastern District of New York

Magistrate Judge Clay H. Kaminsky
Eastern District of New York
225 Cadman Plaza East
Chambers 505 North, Courtroom 504 North
Brooklyn, New York 11201

Re: Finkelstein v. Bical, et al.,
No.: 1:23- cv-00049-LDH-CHK
Request for adjournment of March 27, 2026,
Discovery Conference

Dear Judge Kaminsky,

I write the Court to respectfully request an adjournment of the Conference that is set for March 27, 2026, and briefly extend same to a new date. This request is made pursuant to my email sent to you on March 24, 2026, where I noted my unavailability for Thursday March 26 and Friday March 27.

Your Chambers email indicated that You were available for an extension on Thursday April 2, 2026, at 11:00 a.m. You further requested that the parties confer and confirm availability. The parties were not able to confirm availability for that date, but have conferred regarding other dates.

I communicated to Defendants' attorney, Jason Mizrahi, on March 25, 2026, of my request to adjourn and extend. Mr. Mizrahi furnished various dates of his availability.[1]

The parties are both available on Monday March 30, 2026, after 2 p.m., and Wednesday April 1, 2026, all day.

Plaintiff is available for the Conference on Monday March 30, 2026, after 2 p.m., Tuesday March 31, 2026, all day, Wednesday April 1, 2026, all day, Thursday April 2, 2026, all day, and Friday April 3, 2026, all day. Plaintiff is also generally available at the Court's convenience during the week of April 6, 2026.

---

[1] In an abundance of caution, Plaintiff notes that Mr. Mizrahi did not necessarily state whether he consented or not to Plaintiff's request. He simply provided the above dates in response to my request.

Defendants' Counsel stated that he is available for the Conference on Thursday March 26, 2026, all day, Monday March 30, 2026, all day, and Wednesday April 1, 2026, all day. Defendants' counsel stated that he was not available on April 2, 2026, because of religious and travel obligations. I was not provided with additional dates from Defendants.

WHEREFORE, Plaintiff respectfully requests that the Court adjourn the upcoming March 27 Conference and extend same. If the 2 options that work for the parties do not work for the Court, Plaintiff respectfully requests that the Court extend the Conference to the week of April 6, 2026, on a date that works for the Court, and grant any other relief that the Court deems just and proper.

I thank the Court for its attention to this matter.

Very truly yours,

___s/s_____
Stuart H. Finkelstein

SHF
Via Pacer