*** Filed ***
09:15 AM, 10 Nov, 2026
U.S.D.C., Eastern District of New York

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STUART H. FINKELSTEIN,

Plaintiff,

- against -

LILAAHAR BICAL, et al.,

Defendants.

Case No.: 23-cv-00049

Hon. L. DeArcy Hall
Hon. Clay H. Kaminsky

**PLAINTIFF'S NOTICE OF MOTION FOR**
**SANCTIONS AGAINST DEFENDANT LILAAHAR BICAL**

PLEASE TAKE NOTICE THAT, upon the attached memorandum of law and declaration dated November 10, 2026, and the exhibits attached thereto, Plaintiff Stuart H. Finkelstein, will move this Court at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, at a date and time to be determined by the Court, for an Order granting the following relief:

1. That Defendant Lilaahar Bical ("Bical") be sanctioned under Fed. R. Civ. P. 37 and the Court's Inherent Authority as Provided in the Motion Papers including by: (1) striking Bical's answer and entering a default judgment against him; or, alternatively, (2)(a) precluding Bical from supporting or opposing designated claims and defenses and taking matters established, and (b) precluding Bical from introducing designated evidence that was improperly withheld; (3) issuing an adverse inference instruction that Bical failed to produce documents that would have been unfavorable to him; and (4) awarding Plaintiff his reasonable attorneys' fees and costs incurred in connection with Defendants' discovery

misconduct.

2. Granting any other relief that the Court deems just and proper.

Dated: November 10, 2026.

*Respectfully Submitted,*

/s/ *Stuart H. Finkelstein*
Stuart H. Finkelstein